```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
FAUSTO RUMALDO, *on behalf of himself and all*                 :
*others similarly situated*,                                   :
                                                               :     1:24-cv-3613-GHW
                                        Plaintiff,             :
                                                               :     ORDER
                -v-                                            :
                                                               :
THRYLOS 77 CORP., *et al.*,                                    :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this action on May 10, 2024. Dkt. No. 1. Plaintiff filed proof of service in May and June of 2024, showing that the four Defendants were served on May 16, 2024 or May 17, 2024. Dkt. Nos. 12–15. There has been no activity on the docket since June 4, 2024, when the last proof of service was filed. No Defendant has appeared in this matter.

      Accordingly, Plaintiff is directed to submit a letter regarding the status of this action by August 23, 2024. Plaintiff is also directed to serve a copy of this Order on all Defendants and retain proof of service.

      SO ORDERED.

Dated: August 19, 2024
      New York, New York

                                                              GREGORY H. WOODS
                                               United States District Judge