```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :
FAUSTO RUMALDO, *on behalf of himself and all* :
*others similarly situated*,                           :
                                                   :        1:24-cv-3613-GHW
                               Plaintiff, :
                                                   :                 <u>ORDER</u>
                           -v-                         :
                                                   :
THRYLOS 77 CORP., *et al*.,                     :
                                                   :
                              Defendants. :
                                                   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's August 20, 2024 motion for the entry of default, Dkt. No. 17, is denied without prejudice. Local Civil Rule 55.1 of this District provides the process by which a party may seek the entry of default under Federal Rule of Civil Procedure 55(a). Plaintiff's August 20, 2024 motion fails to comply with Local Rule 55.1. Accordingly, the Court denies Plaintiff's motion without prejudice.

      Plaintiff is directed to serve a copy of this Order on all Defendants and retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                                                          GREGORY H. WOODS
                                                                     United States District Judge