```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
FAUSTO RUMALDO, *on behalf of himself and all* :
*others similarly situated*, :
: 1:24-cv-03613-GHW
Plaintiff, :
: ORDER
-v- :
:
THRYLOS 77 CORP., *et al.*, :
:
Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 13, 2024, the Court ordered hearing to show cause as to why an order should not issue granting judgment in favor of Plaintiff FAUSTO RUMALDO pursuant to Rule 55 of the Federal Rules of Civil Procedure against Defendant. The hearing is currently scheduled for October 29, 2024 at 9:00 a.m.

The Court's September 13, 2024 order provided that the hearing "shall be held before United States District Court Judge Gregory H. Woods via internet enabled video conference or telephone conference or, if possible, at the United States District Court, Southern District of New York . . ." Because an in-person hearing is possible, the hearing will be held in **Courtroom 12C**, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2260, New York, New York 10007 on October 29, 2024 at 9:00 a.m. Plaintiff is directed to serve a copy of this Order on all Defendants and to file proof of service

SO ORDERED.

Dated: October 21, 2024

_____
GREGORY H. WOODS
United States District Judge