USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAUSTO RUMALDO, on behalf of himself and all
others similarly situated,

                              Plaintiff,

-against-

THRYLOS 77 CORP., 1821 NOVELTY EATS CORP.,
SOCRATES SELLAS and MARIA KATECHIS,

                              Defendants.
------------------------------------------------------------------X

Civil Action No.:
24-cv-03613-GHW

**ORDER OF JUDGMENT**

      This action having been commenced on May 10, 2024 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Thrylos 77 Corp. ("Thrylos"), 1821 Novelty Eats Corp. ("1821"), Socrates Sellas ("Sellas"), and Maria Katechis ("Katechis"); and

      On May 17, 2024, an Affidavit of Service was filed with the Court demonstrating that Thrylos was served with process via the Secretary of State on May 16, 2024, providing it until June 6, 2024 to respond to the Complaint. *ECF No. 12*; and

      On May 17, 2024, an Affidavit of Service was filed with the Court demonstrating that 1821 was served with process via the Secretary of State on May 16, 2024, providing it until June 6, 2024 to respond to the Complaint. *ECF No. 13;* and

      On May 17, 2024, an Affidavit of Service was filed with the Court demonstrating that Sellas was served process by someone of suitable age and discretion on June 7, 2024, providing him until June 7, 2024 to respond to the Complaint. *ECF No. 14;* and

On May 17, 2024, an Affidavit of Service was filed with the Court demonstrating that Ketchas was served process by someone of suitable age and discretion on June 7, 2024, providing him until June 7, 2024 to respond to the Complaint. *ECF No. 15;* and

Defendants have failed to appear or respond to the Complaint by filing an answer or motion; and

A Clerk's Certificate of Default was entered by the Clerk of Court for each of the Defendants, and noting each Defendant's default (*ECF No. 27*). The time for answering the Complaint having expired; and

An Order to Show Cause was issued by the Court on September 13, 2024 advising Defendants to appear for a hearing on October 29, 2024 at 9:00 a.m., which Order to Show Cause was served on Defendants on September 16, 2024 (*ECF Nos. 31-34*), and

Defendants having failed to appear for the hearing on October 29, 2024, whereby the Court held a show cause hearing on Plaintiff's motion for a default judgment; it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants, jointly and severally, in the amount of $370,338.67 under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), made up of $151,990.00 in unpaid wages, $151,990.00 in liquidated damages, $5,000.00 in damages pursuant to NYLL §191(1), $5,000.00 in damages pursuant to NYLL §191(3), $51,830.67 in pre-judgement interest through October 29, 2024, plus attorneys' fees of $3,818.00 and $710.00 in costs.

SO ORDERED.

Dated: October 29, 2024
New York, New York

GREGORY H. WOODS
United States District Judge